**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**ADA  BOYCE**

**CHAPTER 13 NO: 16-12501-JDW**

1910 FREEMAN RD
COMO, MS 38619

---

## NOTICE TO DEBTOR

---

    NOTICE is hereby given that your plan payment will change from    **$415.00    ( MONTHLY )**    to    **$373.00    ( MONTHLY )**    effective in  **05/2019.**  Your plan payment is being remitted **direct .**

    The reason for the changes in your plan payment is:

    _____ Due to a change in your monthly mortgage payment;

    _____ Due to a claim being filed for a different amount than scheduled;

    __XXX__ Due to entry of an order;

    _____ Other: _____

    If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

    If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

    If you are paying **direct,**   please be aware that the Trustee  **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com**  or mail guaranteed funds, in the form of a **cashier's check or money order**  with your **case number and last name** in the description line, to

    Locke D. Barkley
    P.O. Box 1859
    Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 4/26/2019

CC:  SCHNELLER AND LOMENICK, P.A.
      P.O. BOX 417
      HOLLY SPRINGS, MS 38635

Respectfully submitted,
Locke D. Barkley

/s/  Locke D. Barkley
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  4/26/2019

/s/  Locke D. Barkley

Locke D. Barkley
CHAPTER 13 TRUSTEE